UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULAMNABI VAHORA,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY DIAGNOSTIC LABORATORY, INC.,<br><br>Defendant. | No. 1:19-cv-00912-DAD-SKO<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), defendant's motion to dismiss plaintiff's complaint (Doc. No. 11) is hereby referred to United States Magistrate Judge Sheila K. Oberto for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for November 5, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated and a new hearing date will be set by way of minute order by the assigned magistrate judge.[1]

IT IS SO ORDERED.

Dated: **October 21, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] By stipulation the parties have requested that the court continue the November 5, 2019 hearing on the pending motion to dismiss to December 3, 2019. (Doc. No. 21.) In light of this referral order, however, and because the magistrate judge will set a new hearing date if deemed appropriate, the court denies the parties' request as having been rendered moot by this order.

1